PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Ronald Baldwin        Cr.: 23-00474-001
        PACTS #: 901061

Name of Judicial Officer:    THE HONORABLE JOHN E. JONES III
    UNITED STATES DISTRICT JUDGE (MD/PA)
    (Jurisdiction transferred to the Hon. Karen M Williams on June 20, 2023)

Date of Original Sentence: 03/18/2015

Original Offense:    Count Two: Coercion and Enticement of an Individual Under the Age of 18; 18 U.S.C. § 2422(b) – a Class A felony

Original Sentence: 120 months imprisonment, 5 years supervised release

Special Conditions: Special Assessment, Restitution, Mental Health Treatment, Sex Offender Registration, Computer Monitoring Software, Search/Seizure, Sex Offender Treatment, No Contact With Minors, No Contact with Victim, Financial Disclosure, Drug/Alcohol Treatment and Testing

Type of Supervision: Supervised Release        Date Supervision Commenced: 07/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Mr. Baldwin violated the special condition of supervised release which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance'**. |
| | On May 1, 2024, Mr. Baldwin submitted a urinalysis at Oaks Integrated Care that resulted in a presumed positive for cocaine. The specimen was sent to the National Lab for confirmation under ID # B05237538. Subsequently, on May 14, 2024, the specimen was confirmed positive for cocaine. |
| | When presented with the confirmation results from the National Lab, Mr. Baldwin denied using any illicit or unprescribed substance. |

U.S. Probation Officer Action:

On January 9, 2024, the Probation Office submitted a *Report on Individual Under Supervision,* notifying the Court of a confirmed positive urinalysis for cocaine. At the time, the Probation Office planned to collaborate with Mr. Baldwin's clinical team at Oaks Integrated Care by focusing treatment on the stressors that caused Mr. Baldwin's relapse. He would also remain in intensive outpatient treatment, which included three group sessions and one individual session per week. The Court endorsed this report on January 13, 2024.

Prob 12A – page 3
Ronald Baldwin

By: MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____  5/21/24
ANTHONY M. STEVENS          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 21, 2024
_____
Date