PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Ronald Baldwin     Cr.: 23-00474-001
                                                                                                                        PACTS #: 901061

Name of Judicial Officer:    THE HONORABLE JOHN E. JONES III
                                       UNITED STATES DISTRICT JUDGE (MD/PA)
                                       (Jurisdiction transferred to the Hon. Karen M Williams on June 20, 2023)

Date of Original Sentence: 03/18/2015

Original Offense:    Count Two: Coercion and Enticement of an Individual Under
                            the Age of 18; 18 U.S.C. § 2422(b) – a Class A felony

Original Sentence: 120 months imprisonment, 5 years supervised release

Special Conditions: Special Assessment, Restitution, Mental Health Treatment, Sex Offender Registration, Computer Monitoring Software, Search/Seizure, Sex Offender Treatment, No Contact With Minors, No Contact with Victim, Financial Disclosure, Drug/Alcohol Treatment and Testing

Type of Supervision: Supervised Release                     Date Supervision Commenced: 07/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                  Mr. Baldwin violated the special condition of supervised release which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance'**.

                     On August 21, 2024, Mr. Baldwin submitted a urinalysis at Oaks Integrated Care that resulted presumptive positive for cocaine. The specimen was sent to the national lab for confirmation under ID# B05333123. Subsequently, on September 2, 2024, the specimen was confirmed positive for cocaine.

                     When presented with the confirmation results from the national lab, Mr. Baldwin admitted to using cocaine on one occasion prior to submission.

U.S. Probation Officer Action:

On May 21, 2024, the undersigned submitted a Report on Individual Under Supervision, notifying the Court of a positive urinalysis submitted by Mr. Baldwin. The report described the clinically supported plan to increase Mr. Baldwin's level of care and have him enter residential substance abuse treatment. The Court endorsed the report on May 21, 2024.

Subsequently, Mr. Baldwin successfully completed residential treatment at Maryville. As a part of his aftercare, Mr. Baldwin was referred to Oaks Integrated Care for outpatient substance abuse treatment. On August 21, 2024, Mr. Baldwin completed his intake assessment, in which he submitted the positive urinalysis.

Mr. Baldwin submitted to a urinalysis on August 28, 2024, which was negative for all illicit substances.

The undersigned discussed the positive urinalysis with Mr. Baldwin and his assigned clinician at Oaks. Mr. Baldwin stated that he continues to struggle with responding to stressors in his life without relapsing on cocaine. Mr. Baldwin's clinician confirmed that this will be a focus of his treatment and will be addressed in his relapse prevention plan.

The Probation Office seeks only to notify the Court of Mr. Baldwin's non-compliance with no other formal action taken at this time. Mr. Baldwin was notified that continued non-compliance would result in progressive sanctions—to include a period in a Residential Reentry Center.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____   9/5/24
ANTHONY M. STEVENS                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

September 9 2024
Date